EDWARD H. KUBO, Jr.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Violent Crime Section

WES REBER PORTER            #7698
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2004

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 04-00406 |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 922(g)(1) |
| TAETUNA TAETUNA, | 18 U.S.C. § 922(g)(9)] |
| Defendant. | |

INDICTMENT

COUNT 1
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about October 1, 2004, in the District of Hawaii, defendant TAETUNA TAETUNA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce ammunition, to wit: three

rounds of Winchester brand .243 caliber ammunition, all in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

COUNT 2
(18 U.S.C. § 922(g)(9))

The Grand Jury further charges that:

On or about October 1, 2004, in the District of Hawaii, defendant TAETUNA TAETUNA, then being a person who had been convicted of a misdemeanor crime of domestic violence, did possess in and affecting commerce ammunition, to wit: three rounds of Winchester brand .243 caliber ammunition, all in violation of Title 18, United States Code, Section 922(g)(9) and 924(a)(2).

DATED: October 20, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney