AO 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL

RECEIVED
2004 OCT -4
U.S. MARSHALS SERVICE
HONOLULU, HI

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

TAETUNA TAETUNA

## WARRANT FOR ARREST

CASE NUMBER: 04-0650 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      TAETUNA TAETUNA
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
COUNT 1:
UNLAWFUL USER OF CONTROLLED SUBSTANCES IN POSSESSION OF A FIREARM
COUNT 2:
PERSON PREVIOUSLY CONVICTED OF A MISDEMEANOR CRIME OF DOMESTIC VIOLENCE IN POSSESSION OF A FIREARM

in violation of
Title    18    United States Code, Section(s)   922(g)(3) & 922(g)(9)

Leslie E. Kobayashi
Name of Issuing Officer

Leslie E. Kobayashi
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10/04/04   Honolulu, HI
Date and Location

Bail fixed at $ to be determined    by    duty judge
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-6-04 | SPECIAL AGENT GERRY J. GRAHAM | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.